# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Karas, Kenneth M. | US District Court -- SDNY | 05/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge -- Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

300 Quarropas Street, Room 533
White Plains, NY 10601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trustee #1 |
| 2. | Member, Board of Directors | National Association of Urban Debate Leagues |
| 3. | Debate Coach (Volunteer, Unpaid) | High School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Davis, Polk & Wardwell -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 05/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JFCU | A | Interest | J | T | | | | | |
| 2. Citibank Savings Account | A | Interest | J | T | | | | | |
| 3. Citibank Checking Account | A | Interest | L | T | | | | | |
| 4. HR-10 Spartan 500 Index | D | Dividend | O | T | Buy (add'l) | 02/16/17 | L | | |
| 5. HR-10 Fidelity Retirement Money Market | A | Interest | J | T | | | | | |
| 6. 401K Spartan 500 Index | D | Dividend | N | T | Buy (add'l) | 02/16/17 | J | | |
| 7. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 8. 401K Fidelity Retirement Money Market | A | Interest | J | T | | | | | |
| 9. E*Trade Sweep Account | A | Interest | J | T | | | | | |
| 10. NY 529 Vanguard Agressive Fund (no control) | | None | L | T | | | | | |
| 11. NY 529 Vanguard Aggressive Fund (no control) | | None | L | T | | | | | |
| 12. Citibank IRA | A | Interest | J | T | | | | | |
| 13. Citibank IRA | A | Interest | J | T | | | | | |
| 14. HR-10 SPDR S&P MidCap 400 ETF TR | B | Dividend | L | T | Buy (add'l) | 01/31/17 | J | | |
| 15. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 16. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 17. | | | | | Buy (add'l) | 10/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HR-10 SPRTN Total Market Index Fund | A | Dividend | K | T | Buy (add'l) | 04/12/17 | J | | |
| 19. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 20. HR-10 Fidelity Low Priced Stock Fund | C | Dividend | L | T | Buy (add'l) | 09/15/17 | J | | |
| 21. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 22. HR-10 Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 23. 401K SPRTN Total Market Index Fund | C | Dividend | N | T | Buy (add'l) | 02/16/17 | J | | |
| 24. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 25. 401K BlackRock Global Allocation Fund | D | Dividend | M | T | Buy (add'l) | 07/21/17 | J | | |
| 26. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 27. 401K Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 28. IRA Fidelity Low Priced Stock Fund | B | Dividend | K | T | Buy (add'l) | 09/15/17 | J | | |
| 29. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 30. IRA Blackrock Global Allocation Fund | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 31. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 32. IRA Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 33. IRA Fidelity Low Priced Stock Fund | B | Dividend | K | T | Buy (add'l) | 09/15/17 | J | | |
| 34. | | | | | Buy (add'l) | 12/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Blackrock Global Allocation Fund | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 36. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 37. IRA Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 38. IRA Fidelity Contrafund | B | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 39. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 40. Fidelity ContraFund | E | Dividend | N | T | Buy (add'l) | 07/31/17 | K | | |
| 41. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 42. | | | | | Buy (add'l) | 12/08/17 | K | | |
| 43. Fidelity Low Priced Stock Fund | E | Dividend | N | T | Buy (add'l) | 02/13/17 | L | | |
| 44. | | | | | Buy (add'l) | 08/14/17 | J | | |
| 45. | | | | | Buy (add'l) | 09/15/17 | K | | |
| 46. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 47. BBH Core Select Fund | F | Dividend | N | T | Buy (add'l) | 02/13/17 | L | | |
| 48. | | | | | Buy (add'l) | 07/31/17 | K | | |
| 49. | | | | | Buy (add'l) | 10/27/17 | K | | |
| 50. | | | | | Buy (add'l) | 12/15/17 | L | | |
| 51. BlackRock Global Allocation Fund | D | Dividend | M | T | Buy (add'l) | 02/13/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Karas, Kenneth M.** | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 53. | | | | | Buy (add'l) | 11/10/17 | K | | |
| 54. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 55.  Fidelity 500 Index Premium Class (FUSVX) | A | Dividend | J | T | Buy | 08/14/17 | J | | |
| 56. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 57. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 58.  BlackRock Strategic Muni Opportunities | E | Dividend | O | T | Sold (part) | 02/01/17 | K | | |
| 59. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 60. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 61. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 62. | | | | | Buy (add'l) | 07/31/17 | K | | |
| 63. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 64. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 65. | | | | | Buy (add'l) | 10/27/17 | K | | |
| 66. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 67. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 68. | | | | | Buy (add'l) | 12/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Deutsche Intermediate Tax/AMT Free Fund | E | Dividend | O | T | Sold (part) | 02/01/17 | K | | |
| 70. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 71. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 72. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 73. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 74. | | | | | Buy (add'l) | 08/14/17 | K | | |
| 75. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 76. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 77. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 78. | | | | | Buy (add'l) | 11/10/17 | L | | |
| 79. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 80. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 81. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 82. Vanguard Intermediate Tax Exempt Admiral | D | Dividend | N | T | Sold (part) | 02/01/17 | M | | |
| 83. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 84. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 85. | | | | | Buy (add'l) | 05/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 87. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 88. | | | | | Buy (add'l) | 08/14/17 | K | | |
| 89. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 90. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 91. | | | | | Buy (add'l) | 10/27/17 | L | | |
| 92. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 93. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 94. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 95. Fidelity Spartan Total Index | D | Dividend | O | T | Buy (add'l) | 02/13/17 | M | | |
| 96. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 97. | | | | | Buy (add'l) | 10/27/17 | K | | |
| 98. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 99. Morgan Stanley Long/Short Fund A | A | Dividend | | | Sold (part) | 01/27/17 | K | | |
| 100. | | | | | Sold (part) | 04/27/17 | L | | |
| 101. | | | | | Sold (part) | 07/25/17 | K | | |
| 102. | | | | | Sold | 10/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Municipal Money Market | B | Interest | K | T | | | | | |
| 104. Fidelity Treasury Money Market | A | Interest | K | T | | | | | |
| 105. Glenmede Large Cap Core | D | Dividend | M | T | Buy (add'l) | 02/13/17 | K | | |
| 106. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 107. | | | | | Buy (add'l) | 08/14/17 | K | | |
| 108. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 109. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 110. 401(k) Glenmede Large Cap Core | B | Dividend | K | T | Buy (add'l) | 07/10/17 | J | | |
| 111. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 112. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 113. HR-10 BBH Core Select Fund | D | Dividend | L | T | Buy (add'l) | 12/15/17 | J | | |
| 114. HR-10 Glenmede Large Cap Core | D | Dividend | M | T | Buy (add'l) | 07/10/17 | J | | |
| 115. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 116. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 117. 401(k) Fidelity Contrafund | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 118. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 119. HR-10 Fidelity Contrafund | C | Dividend | L | T | Buy (add'l) | 02/13/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 121.  iShares Core S&P 500 (IVV) | A | Dividend | K | T | Buy | 11/10/17 | K | | |
| 122.  iShares S&P Midcap (IJH) | A | Dividend | L | T | Buy | 07/31/17 | K | | |
| 123. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 124.  iShares iBoxx Investment Grade (LQD) | D | Dividend | O | T | Buy | 02/02/17 | N | | |
| 125. | | | | | Buy (add'l) | 07/31/17 | L | | |
| 126.  SPDR S&P Midcap 400 ETF | A | Dividend | L | T | | | | | |
| 127. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Karas, Kenneth M.** | 05/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Trust discussed in Part 1 is a non-funded insurance trust for a family member who is a truestee of a similar trust in my name.  However, neither trust confers any current benefits or income and only is triggered upon or my family member's demise.

In line 126, I added the SPDR S & P Midcap 400 ETF.  That fund was listed in my 2016 report but was inadvertently left off in my 2017 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth M. Karas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544